| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Hector Vega**<br>**Law Offices of Hector Vega**<br>**178 S Victory Blvd.**<br>**Suite 109**<br>**Burbank, CA 91502**<br>818-661-2596 Fax: 818-232-5603<br>State Bar Number: **254271 CA**<br>**hector@vegabk.com** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Robin Jennie Charves-Meeks**

Debtor(s).

CASE NO.: **2:24-bk-12348-BR**
CHAPTER: **7**

**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**

**[LBR 9013-1(o)]**

[No hearing unless requested in writing]

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) **Robin Jennie Charves-Meeks**, filed a motion or application (Motion) entitled **Motion for Redemption of 2016 Kia Sportage Financed Through Exeter Finance LLC Under 11 U.S.C. Section 722 and the Declaration of Robin Jennie Charves-Meeks in Support Thereof**.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☑ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).
   a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

   b. If you fail to comply with this deadline:

   (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2) Movant will lodge an order that the court may use to grant the Motion; and

   (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: **June 21, 2024**

**/s/ Hector Vega**
Signature of Movant or attorney for Movant

**Hector Vega**
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                      Page 2    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

1  Hector Vega (Bar No. 254271)
   hector@vegabk.com
2  **LAW OFFICES OF HECTOR VEGA**
   178 S. Victory Blvd., Suite 109
3  Burbank, California 91502
   Telephone:    818.232.5600
4  Facsimile:     818.232.5603

5  Attorney for Debtor
   ROBIN JENNIE CHARVES−MEEKS

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ROBIN JENNIE CHARVES−MEEKS,<br><br>Debtor. | Case No.  2:24-bk-12348-BR<br><br>Chapter    7<br><br>**MOTION FOR REDEMPTION OF 2016 KIA SPORTAGE FINANCED THROUGH EXETER FINANCE LLC UNDER 11 U.S.C. SECTION 722 AND THE DECLARATION OF ROBIN JENNIE CHARVES-MEEKS IN SUPPORT THEREOF** |

**TO THE HONORABLE BARRY RUSSELL, CHAPTER 7 TRUSTEE ROSENDO GONZALEZ, EXETER FINANCE LLC, AND ALL INTERESTED PARTIES: PLEASE TAKE NOTICE THAT** Debtor Robin Jennie Charves-Meeks, in the herein action, by and through counsel, will move this court pursuant to 11 U.S.C. section 722 and Federal Rule of Bankruptcy Procedure 6008 for a Redemption Order ("Motion for Redemption") on the following grounds:

1. Debtor filed a petition under Chapter 7 of the United State Bankruptcy Code on March 27, 2024, with case number: 2:24-bk-12348-BR (the "Case").

2. The item to be redeemed us tangible personal property intended primarily for personal, family, or household use and is more particularly described as follow:

   Year: <u>2016</u>    Make: <u>Kia</u>    Model: <u>Sportage</u>    Miles: <u>95,217</u>

   VIN #: <u>KNDPC3AC6G780</u>

3. The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of creditor Exeter Finance LLC (the "Creditor")) is a dischargeable consumer debt.

4. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value," should be determined to be not more than $9,450.00 as evidenced by the Edmunds valuation of the vehicle ("Exhibit A").

5. The Edmunds suggested Dealer Retail Value for a vehicle like Debtor's vehicle, with similar mileage and options, suggests a starting price of $94,50.00. See a true and correct copy of the Edmunds valuation of the Vehicle is concurrently filed as Exhibit A.

6. However, this Dealer Retail Value represents the price an automobile dealership would charge for a vehicle similar to Debtor's Vehicle and likely in excellent condition.

7. Debtor is an individual and not an automobile dealership.

8. Therefore, Creditor's allowed secured claim, for purposes of redemption, should be determined to be no more than $9,450.00.

//

//

//

//

//

//

1  9. Arrangements have been made by the Debtor to pay Creditor up to the aforesaid amount in a lump sum should this motion be granted.

WHEREFOR, the Debtor requests the Court to order the Creditor, Exeter Finance LLC, to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the even that said Creditor objects to this motion, the Debtor requests the Court to determine the value of the Vehicle as of the time of the hearing on such objection.

DATED: June 21, 2024                     LAW OFFICES OF HECTOR VEGA

*/s Hector Vega*
_____
Hector Vega, Attorney for Debtor

3

MOTION FOR REDEMPTION

**DECLARATION OF ROBIN JENNIE CHARVES−MEEKS**

I, ROBIN JENNIE CHARVES−MEEKS, do hereby declare that all the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all the statements below:

1. I am the Debtor in the instant bankruptcy proceeding, filed on March 27, 2024, case no. 2:24−bk−12348-BR.

2. I am seeking to redeem a 2016 Kia Sportage ("Subject Vehicle") with Vehicle Identification Number KNDPC3AC6G780. The subject vehicle includes the following equipment: Cruise Control, Theft Deterrent, Power Windows, Power Seats, Power Door Locks, Heated Seats, Air Conditioning, a Radio, and Automatic Transmission.

3. At the time of filing of the bankruptcy case, the Subject Vehicle had 95,217 miles.

4. The Subject Vehicle is in fair to good condition.

5. The Subject Vehicle is tangible personal property intended primarily for personal, family, or household use.

6. The Subject Vehicle was listed in my bankruptcy petition and Schedules in Schedule A/B. My interest in the Subject Vehicle is fully exempt or has been abandoned by the estate.

7. A similar vehicle to the Subject Vehicle with similar mileage and options suggests a price of $9,450.00. A true and correct copy of the Edmunds Valuation Report is attached as Exhibit A.

//
//
//
//
//

8. If I were to replace Subject Vehicle, I would pay no more than $9,450.00. This opinion is based on my personal knowledge of the condition and marketability of the Subject Vehicle.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed this 21st day of June at Los Angeles, California.

*/s/ Robin J. Charves-Meeks*
ROBIN JENNIE CHARVES-MEEKS

3

MOTION FOR REDEMPTION

# EXHIBIT A

# EXHIBIT A

|  |  |  |
|---|---|---|
| **Owner Name:** Robin Charves Meeks | **Prepared As Of:** | 5/24/2024 12:00:00 AM |
| **Vehicle Description:** 2016 / Kia / Sportage Utility 4D EX Premium 2.4L I4 | | |
| Year / Make / Model | | |
| KNDPC3AC6G7807737 / 95,217 / / Black | | |
| Serial Number (VIN) / Mileage / Plate / Color | | |

|  | No | Yes |  | No | Yes |  | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control | ☐ | ☒ | Leather Interior | ☐ | ☒ | Radio | ☐ | ☒ |
| Theft Deterrent | ☐ | ☒ | Manual | ☐ | ☒ | Automatic | ☐ | ☒ |
| Power Windows | ☐ | ☒ | Heated Seats | ☐ | ☒ | 4WD/AWD | ☒ | ☐ |
| Power Seats | ☒ | ☐ | Air Conditioning | ☐ | ☒ | 3rd Row Seating | ☒ | ☐ |
| Power Door Locks | ☐ | ☒ | Power Sunroof | ☐ | ☒ | Rear Entertainment | ☒ | ☐ |

Other Items:

|  | Good | Fair | Poor |  | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|
| Grill | ☐ | ☒ | ☐ | Left Fender | ☐ | ☒ | ☐ |
| Front Bumper | ☐ | ☒ | ☐ | Left Door | ☐ | ☐ | ☒ |
| Hood | ☐ | ☒ | ☐ | Left Quarter Panel | ☐ | ☒ | ☐ |
| Right Fender | ☐ | ☒ | ☐ | Interior | ☐ | ☒ | ☐ |
| Right Door | ☐ | ☒ | ☐ | Engine | ☐ | ☒ | ☐ |
| Right Quarter Panel | ☐ | ☒ | ☐ | Brakes | ☐ | ☒ | ☐ |
| Lights | ☐ | ☐ | ☒ | Paint Finish | ☐ | ☐ | ☒ |
| Rear Bumper | ☐ | ☒ | ☐ | Tires | ☐ | ☒ | ☐ |
| Roof | ☐ | ☒ | ☐ | | | | |

Comments

## Valuation Report: Based on NADA

| | **Value** |
|---|---|
| Average Base Value: | $12,150.00 |
| Mileage Class: Average: | |
| Add-ons/Deducts: | |
|     Exterior hairline scratches | -$1,200.00 |
|     Left door dent | -$1,000.00 |
|     Headlight oxidation | -$500.00 |
| | - |
| | - |
| **Appraised Value:** | **$9,450.00** |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current publications by an experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/s/  Sharon Monroe

Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**178 S Victory Blvd.
Suite 109
Burbank, CA 91502**

A true and correct copy of the foregoing document entitled:   **Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:


**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **6/21/2024**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rosendo Gonzalez (TR)     rgonzalez@ecf.axosfs.com,
rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com**

**Avi Schild     bk@atlasacq.com**

**Amitkumar Sharma     amit.sharma@aisinfo.com**

**United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**

**Hector Vega     bklawyer4u@gmail.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **6/21/2024**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Exeter Finance LLC
P.O. Box 166008
Irving, TX 75016**

**Exeter Finance LLC
P.O. Box 166097
Irving, TX 75016**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **June 21, 2024** | **Hector Vega** | **/s/ Hector Vega** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*  Page 3  **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**